IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| David Oppenheimer and Performance Impressions, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action 2:15-cv-04504-DCN ) |
| Grossman Atlantic, L.P., | ) ) |
| Defendant. | ) ) |
| _____ | ) (JURY TRIAL DEMANDED) |

S U M M O N S

TO:   GROSSMAN ATLANTIC, L.P.

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' Attorney, John Hughes Cooper, Esquire, John Hughes Cooper, P.C., 1476 Ben Sawyer Blvd., Suite 7, Mt. Pleasant, SC 29464 an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



Robin L. Blume_____                November 6  , 2015
Clerk                                 Date

By: s/John P. Bryan, Jr.    
    Deputy Clerk

1